PS8
(8/88)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. **Abdallah, Hassan**  Docket No. 20-20162-01

### Petition for Action on Conditions of Pretrial Release

COMES NOW David E. Nicoloff, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant ABDALLAH, Hassan, who was placed under pretrial release supervision on a $10,000 Unsecured Bond by the Honorable Anthony P. Patti sitting in the court at Detroit, Michigan, on June 17, 2020, under the conditions to report, as directed, to Pretrial Services, Surrender any passport to Pretrial Services, do not obtain a passport or other international travel documents, travel restricted to the continental United States, do not possess a firearm, destructive device, or other dangerous weapons, do not bill, or caused to be billed, any federal healthcare program, including Medicare and Medicaid, remove all firearms from the residence and provide verification to Pretrial Services of same, and travel allowed to United States Virgin Islands after approval from Pretrial Services and providing proof to Pretrial Services of litigation and documented travel plans.

**Respectfully presenting petition for action of court and for cause as follows**:

The defendant has notified Pretrial Services that due to federal charges and financial obligations; he is experiencing symptoms of depression. The United States attorney and the defense counsel were both notified of this request by Pretrial Services.

**PRAYING THAT THE COURT WILL ORDER** the bond conditions to be modified to include the defendant participate in mental health treatment as directed by Pretrial Services.

ORDER OF COURT

Considered and ordered this ___25th___ day of ___March___, 20_21_ and ordered filed and made a part of the records in the above case.

___s/Linda V. Parker_____
United States District Judge Linda V. Parker

I Declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2021

_____/s/ David Nicoloff_____

U.S. Pretrial Services Officer
Place: Detroit, Michigan
Date: March 11, 2021