UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 HASSAN ABDALLAH,

    Defendant.

                                /

Case No. 20-cr-20162

Hon. Linda V. Parker

## **STIPULATION TO ADJOURN SENTENCING DATE**

The United States of America and Defendant Hassan Abdallah, through their respective counsel, stipulate and agree to the entry of an Order to continue Defendant's sentencing date, currently scheduled for December 7, 2022, to a date on or after May 22, 2023, that is convenient for this Court, for the following reasons:

1. The parties have continuing discussions related to this matter.

2. Defendant is currently on Pretrial Release in this matter and specifically agrees to this continuance.

A proposed Order in accordance with this Stipulation is attached.

Respectfully Submitted,

*s/ Claire T. Sobczak*
Claire T. Sobczak
U.S. Department of Justice
Criminal Division, Fraud Section
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: (202) 591-5418

*s/ Mo Abdrabboh* (with consent)
Mo Abdrabboh
Abdrabboh Law, P.C.
1806 N. Telegraph
Dearborn, Michigan 48128
Phone: (313) 277-1000
Email: mabdrabboh@hotmail.com

Email: claire.sobczak@usdoj.gov               Counsel for Hassan Abdallah

Dated: November 23, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 HASSAN ABDALLAH,

    Defendant.

_____/

Case No. 20-cr-20162

Hon. Linda V. Parker

## **ORDER**

Upon review of the attached Stipulation, the Court finds that good cause has been shown and, therefore, it is

**HEREBY ORDERED** that Defendant's sentencing date shall be and is hereby continued to **May 25, 2023** at **1:00 p.m.**

**IT IS SO ORDERED.**

                                                                             s/ Linda V. Parker
                                                                             LINDA V. PARKER
                                                                             U.S. DISTRICT JUDGE

Dated: November 23, 2022