UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                                  Case No. 2:20-cr-20162-LVP-RSW
                                                Hon. Linda V. Parker

Hassan Abdallah, et al.,

           Defendant(s),

## ORDER REQUIRING RESPONSE

The defendants, Tarek Fakhuri, Ali Abdelrazzaq, have filed the following document:

IT IS HEREBY ORDERED that the Government shall file a response to the above document on or before March 21, 2025.

                                                s/Linda V. Parker
                                                Linda V. Parker
                                                U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/A Flanigan
                                                       Case Manager

Dated:  March 9, 2025